**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  RAYMOND K. HAYNES                               Case Number: 05-76300
        923 SOUTH OAK AVENUE
        FREEPORT, IL  61032                SSN-xxx-xx-9222

                                                Case filed on:       10/12/2005
                                                Plan Confirmed on:   12/30/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $47,808.93        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHRYSLER HOURLY EMPLOYEES' | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MARILYN J. WASHBURN | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | DAIMLER CHRYSLER SERVICES N.A. LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RAYMOND K. HAYNES | 0.00 | 0.00 | 2,198.47 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,198.47 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 12,510.89 | 12,510.89 | 12,510.89 | 507.70 |
| 002 | CITIMORTGAGE INC | 39,577.51 | 0.00 | 0.00 | 0.00 |
| 003 | FIFTH THIRD BANK | 24,176.27 | 0.00 | 0.00 | 0.00 |
| 004 | HARRIS BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 76,264.67 | 12,510.89 | 12,510.89 | 507.70 |
| 005 | BERGNER'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHRYSLER REWARDS VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIFTH THIRD BANK | 11,245.31 | 11,245.31 | 11,245.31 | 0.00 |
| 010 | FIRST USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 7,284.04 | 7,284.04 | 7,284.04 | 0.00 |
| 012 | PEOPLE'S BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | UNION PLUS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WELLS FARGO FINANCIAL | 5,804.55 | 5,804.55 | 5,804.55 | 0.00 |
| 016 | WELLS FARGO FINANCIAL | 5,622.74 | 5,622.74 | 5,622.74 | 0.00 |
|  | Total Unsecured | 29,956.64 | 29,956.64 | 29,956.64 | 0.00 |
|  | Grand Total: | 106,221.31 | 42,467.53 | 44,666.00 | 507.70 |

Total Paid Claimant:       $45,173.70
Trustee Allowance:         $2,635.23
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008              By  /s/Heather M. Fagan